# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

JIMMY MICHAEL HENRIQUEZ BAEZ           Case No.   19-03575-MCF

MARGARITA GONZALEZ DE LEON     Chapter 13     Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [X] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Appearing:   Roberto Figueroa Carrasquillo, Esq.

Date & Time:   7/31/2019  11:24:00AM

[X] R      [ ] NR    LV:  $150 (PV $174)

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**Banco Popular de P.R. by Mrs. Doris Vilches**

## II. Oath Administered

[X] Yes          [ ] No

## III. Plan

Date:  06/24/2019      Base:    $13,440.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:    8/23/2019  1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $4,000.00  -  $99.00    =  $3,901.00

## IV. Status of Meeting

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JIMMY MICHAEL HENRIQUEZ BAEZ                    Case No.   19-03575-MCF

MARGARITA GONZALEZ DE LEON        Chapter 13    Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br>[ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>[ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**JIMMY MICHAEL HENRIQUEZ BAEZ**

**MARGARITA GONZALEZ DE LEON**

Case No. **19-03575-MCF**

Chapter 13      Attorney Name: **ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

**ACP: 5**

**Household size: 4**

**Disp. Income under 1325(b)(2): -1,530.84**

**FEASIBILITY, 11 USC §1325 (a)(6):**

Plan provides direct payment for retirement loan, however, Schedule I does not disclose retirement loan payroll deduction.

**OTHER:**

a. Provide maturity date for retirement loan.

b. Line 5.1 of the plan does not disclose liquidation value at present value for $174.00.

The following party(ies) object(s) confirmation:

**s/Miriam Salwen**                                                          Date:    07/31/2019

**Trustee/Presiding Officer**                                                                  (Rev. 05/13)